IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILLIAM A. WOODSON, <br>           *Plaintiff,* <br> v. <br> RACHEL TROVATO HARWOOD, ET AL. <br>           *Defendant.* | CASE NO. 3:12-cv-00057 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

  Pending before the court is Plaintiff's motion to proceed *in forma pauperis* (docket no. 1). For good cause, the motion is hereby GRANTED. However, for reasons set forth in the accompanying memorandum opinion, the complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

  It is so ORDERED.

  The Clerk of the Court is directed to send a certified copy of this order to all counsel of record, and to the Plaintiff.

  Entered this __23rd__ day of October, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE
