IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILLIAM A. WOODSON,<br>　　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>RACHEL TROVATO HARWOOD, ET AL.<br>　　　　　　　　　　　*Defendant.* | CASE NO. 3:12-cv-00057<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

　　　　Pending before the court is Plaintiff's motion to proceed *in forma pauperis* (docket no. 1). For good cause, the motion is hereby GRANTED. However, for reasons set forth in the accompanying memorandum opinion, the complaint is hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

　　　　It is so ORDERED.

　　　　The Clerk of the Court is directed to send a certified copy of this order to all counsel of record, and to the Plaintiff.

　　　　Entered this __23rd__ day of October, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE